IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF OHIO
                           EASTERN DIVISION

United States of America

    v.                                    2:11-cr-171-1

Marco Estrada

                                ORDER

    There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Doc. 110) that the defendant's guilty plea be accepted. The court accepts the defendant's plea of guilty to Count 1 of the indictment, and he is hereby adjudged guilty on that count. The court will defer the decision of whether to accept the plea agreement until the sentencing hearing.


Date: August 22, 2012                   s\James L. Graham
                                  James L. Graham
                                  United States District Judge